B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**   Hunter, Kevin

Case No.   **24-32747**

**Debtor**

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................ **$2,376.00**

   Prior to the filing of this statement I have received ..................................................................... **$0.00**

   Balance Due ................................................................................................................................. **$2,376.00**

2. **$338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

4. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

5. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☑ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

B2030 (Form 2030) (12/15)

In return for the above-disclosed post-petition fee, Attorneys for the Debtor have agreed to render legal service as set forth in the Firm's retainer agreement for all aspects of the bankruptcy case, including, but not limited to : (a)preparing and filing Debtor's Statement of Financial Affairs and Schedules of Assets and Liabilities and filing any necessary amendments; (b)preparing and filing Debtor's Means Test calculations and disclosures; (c)meeting with the Debtor to review the statements and schedules; (d)preparing for and attending the Section 341 Meeting of Creditors, including any continuation of the meeting: (e)administrating and monitoring Debtor's case and communicating with Debtor throughout the process; (f)forwarding the Trustee Questionnaire and debtor documents to the Trustee: (g)reviewing and responding to Trustee requests; (h)any other legal service required by the local rules; (i)emergency notification to certain creditors to stop a pending wage garnishment, foreclosure, eviction, repossession, or utility shut-off; (j)noticing Debtor's employer to stop any garnishments; (k)reviewing and advising Debtor about any turnover demands from the Trustee; (l)reviewing and advising Debtor about any audit by the United States Trustee; (m)drafting or responding to claims or objections to claims; (n)preparing and filing a motion to reinstate Debtor's case if it is dismissed; (o)advising Debtor about, and attending any hearing for a proposed reaffirmation agreement or redemption; (p)reviewing, advising and defending Debtor's interests in connection with any lien avoidance matters; (q)preparation for and attendance at Rule 2004 examinations; (r)contested matters regarding Debtor's claim of exempt property; (s)motions or adversary complaints to abandon/refinance/sell/purchase property; (t)motions for relief from, or continuation, defense, or enforcement of the automatic stay; (u)re-opening a bankruptcy case to submit post-filing proof of pre-discharge counseling; and (v) defending against any motions to dismiss or convert Debtor's case 7. The Debtor has also paid to the Attorney a Court Filing Fee of $338 and the cost of a credit report of $25.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    As set forth in the Firm's retainer agreement with the Debtor, the scope of services contemplated by the above-disclosed fee does not include the following:

    (a) any motions to convert the case to a Chapter 13;

    (b) any motions for mortgage modification ;

    (c) any adversary proceedings under Section 523 of the Bankruptcy Code (including dischargeability proceedings related to tax debts and student loan debts) or objecting to discharge under Section 727 of the Bankruptcy Code;

    (d) any adversary proceedings in which the Debtor is otherwise named as a party;

    (e) any municipal, county, state or other local jurisdiction court matters in which the Debtor is named as a party;

    (f) any tax matters;

    (g) any motions to redeem personal property;

    (h) pursuing creditors for violations of the automatic stay, discharge injunction, Fair Credit Reporting Act, Fair Debt Collection Practices Act or other related consumer protection statutes; or

    (i) any appeals.

B2030 (Form 2030) (12/15)

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **06/17/2024** | **/s/ Stuart M Price** |
| *Date* | Stuart M Price |
| | *Signature of Attorney* |
| | Bar Number: 3821835 |
| | Resolve Law Group |
| | 801 Travis Street Suite 2101 |
| | Houston, TX 77002 |
| | Phone: (737) 707-4217 |
| | **Resolve Law Group** |
| | *Name of law firm* |